**C. E. HARRELL v. THE DESOTO NATIONAL BANK OF ARCADIA, A NATIONAL BANKING CORPORATION.**

23 So. (2nd) 382                              June Term, 1945
July 24, 1945                                  En Banc

*H. G. Jones,* for appellant.
*Leitner & Leitner,* for appellee.

PER CURIAM:

The judgment appealed from is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD, THOMAS and ADAMS, JJ., concur.

BROWN and SEBRING, JJ., dissent.